IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:05cr38-MHT |
| | ) | (WO) |
| JERMAINE MANSFIELD WHITE | ) | |

ORDER

It is ORDERED that the defendant's motion for early termination of supervised release (doc. no. 89) is denied. The defendant is unemployed and accordingly is not in compliance with the terms of his supervised release.

DONE, this the 23rd day of April, 2015.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE